UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0330 WHA |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME UNDER 18** |
| DIXI SIERRA GONZALEZ, | ) | **U.S.C. § 3161** |
| Defendant. | ) | |
| | ) | |

The defendant appeared for his first status conference before this Court on June 14, 2011. Government counsel presented the defense with an informal offer shortly before the status conference. Defense counsel is in the process of reviewing discovery in this case and meeting with the defendant to review the offer. The parties have agreed to exclude the period of time between June 14, 2011 to July 5, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0330 WHA

1  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
2  3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

DATED: June 14, 2011             _____/s/_____
                                          SUSAN PHAN
                                          Special Assistant U.S. Attorney

DATED: June 14, 2011             _____/s/_____
                                          DANIEL BLANK
                                          Attorney for DIXI SIERRA GONZALEZ

1  [PROPOSED] ORDER

2  For the reasons stated above at the June 14, 2011 status conference, the Court finds that
3  the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 14,
4  2011 to July 5, 2011 is warranted and that good cause exists, and  the ends of justice served by
5  the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
6  U.S.C. §3161(h)(7)(A).

7

8  IT IS SO ORDERED.

9

10  DATED: June 15, 2011.

    WILLIAM H. ALSUP
11  United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0330 WHA